# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ELIZABETH A. PASCAL

**CAMDEN**  August 7, 2023

**Court Reporter:** ECR

**Title of Case:**

Case No. 1:23-cr-00257-KMW-1

UNITED STATES OF AMERICA

v.

WILLIAM O'HANLON

**DEFENDANT PRESENT**

**Appearances:**
Elisa Wiygul, AUSA for Government
Diana Carrig, AUSA for Government
Lee Vartan, Esq. for Defendant
Melissa Wernick, Esq. for Defendant

**Nature of Proceedings:** Bail Review Hearing
Hearing on Governments motion [54] to revoke bail.
Hearing on Defendants application to continue bail.
Oral argument held.
Ordered that the conditions bail shall be continued and modified.
An Order shall issue.

s/Benjamin Appel
Deputy Clerk

Time Commenced: 1:59 p.m. Time Adjourned: 3:40 p.m.
Time Commenced: 4:19 p.m. Time Adjourned: 4:49 p.m.

Total Time in Court: 131 mins.