THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM O'HANLON, et al.,<br><br>Defendants. | Crim. No. 23-cr-257 (KMW) ORDER |

This matter having come before the Court upon the Petition for Action on Conditions of Pretrial Release, ECF No. 46, for Defendant William O'Hanlon; and Mr. O'Hanlon having subsequently filed a letter request, ECF No. 53, to modify the conditions of his release; and the Government having thereafter filed a motion to revoke bail, ECF. No. 54, and the Court having conducted a hearing on the record on August 7, 2023; and the Court noting the following appearances: AUSA Diana Carrig and AUSA Elisa Wiygul, appearing on behalf of the United States; and Lee Vartan, Esq. and Melissa Wernick, Esq., appearing on behalf of Defendant William O'Hanlon; and for the reasons set forth on the record and good cause shown;

This Court makes the following findings:

1. Under the standards set forth in 18 U.S.C. § 3148(b)(1),

    a. The Court finds probable cause to believe the defendant O'Hanlon has violated the terms of his pretrial release by committing a felony; and

    b. The Court finds, by clear and convincing evidence, that defendant O'Hanlon violated the terms of his pretrial release by having access to the personal identifying information (PII) of others;

2. Under the standards set forth in 18 U.S.C. § 3148(b)(2),

a. The Court finds that there is one combination of conditions of release that will assure that defendant O'Hanlon will not pose a danger to the safety of another person or the community; and

b. The Court finds that defendant O'Hanlon is likely to abide by such combination of conditions.

**THEREFORE, IT IS** this 16th day of **August 2023**, hereby **ORDERED** that the Government's motion to revoke Mr. O'Hanlon's release on bail is **DENIED**, and it is **FURTHER ORDERED** that Mr. O'Hanlon's request to modify conditions of release is **DENIED**, and it is **FURTHER ORDERED** that the following additional conditions of pretrial release are imposed:

1. Defendant O'Hanlon must cease any involvement in or employment with Ryan James & Daniels Corp. and its affiliated entities (collectively, "RJD"). RJD is defined to include:

   a. Ryan James & Daniels Corporation
   b. RJD Collect, Inc.
   c. RJD Recovery Group, Inc.
   d. Resort BNB, Inc.
   e. Williams & Burns, Inc.
   f. RJD Investments, Inc.
   g. RJD Corp. Fraud Collectors Timeshare Exit
   h. Ryan James Daniels Collections
   i. Harold O'Hanlon, Inc.
   j. Next Step Sober House, Inc.
   k. Any other telemarketing or travel-related business owned or controlled, in whole or in part, by defendant O'Hanlon at any time.

2. Defendant O'Hanlon shall not hold any employment, including volunteer employment.

3. Defendant O'Hanlon shall close RJD as of August 7, 2023, and file dissolution documents within two weeks and submit proof to the Court of the same, except that if and only if Next Step Sober House, Inc. presently provides residential services, then Next Step Sober House, Inc. may be dissolved within 30 days.

4. Defendant O'Hanlon shall close all business websites of RJD within 24 hours of August

7, 2023 and submit proof to the Court of the same;

5. Defendant O'Hanlon need not close or file dissolution paperwork for any automotive related business.

6. Defendant O'Hanlon must not enter any premises or access any computer network where any telemarketing or travel related business is conducted, and may not have access to any personal identifying information (PII) of others (other than his spouse) by any means whatsoever. Defendant O'Hanlon shall cause RJD to retain all of their documents and records and shall not allow the dissipation or destruction of the same.

7. The parties shall meet and confer by August 21, 2023, regarding a process by which to make whole those customers of RJD who paid funds to RJD and have not and will not receive any services due to the dissolution of RJD.

8. All other conditions of pretrial release imposed in the Court's April 26, 2023, Order, ECF No. 33, shall remain in effect.

**IT IS SO ORDERED.**

HON. ELIZABETH A. PASCAL
United States Magistrate Judge

cc: Hon. Karen M. Williams, U.S.D.J.